Submitted on record and briefs March 1, affirmed
April 10, 1968

STATE OF OREGON, *Respondent, v.*
JAMES H. SUTTON, *Appellant.*

439 P. 2d 627

Lawrence A. Aschenbrenner, Public Defender, and Gary D. Babcock, Deputy Public Defender, Salem, for appellant.

George Van Hoomissen, District Attorney, and

Jacob B. Tanzer, Deputy District Attorney, Portland, for respondent.

Before PERRY, Chief Justice, and McALLISTER, SLOAN, O'CONNELL, GOODWIN, DENECKE and LANGTRY, Justices.

PER CURIAM.

Defendant was convicted of armed robbery. An estimated $50 to $60 had been taken from a gasoline station.

At the time of his arrest, defendant had in his possession $40.50. This fact was admitted in evidence over objection. The only issue is whether admittance of the above evidence was error. Defendant argues it was, on the ground that possession of the money by itself does not lead to an inference he was the thief. The state argues such evidence is admissible as one circumstance, among others, that can lead to an inference of guilt.

In *State v. Hunter*, 235 Or 308, 384 P2d 983 (1963), we held evidence relating to money in defendant's possession after the commission of a robbery was admissible. Annotation, 91 ALR 2d 1061 (1963).

In *Hunter*, supra, quoting Mr. Justice Holmes, this court said at page 314:

"'* * * Evidence which would be colorless if it stood alone may get a new complexion from other facts which are proved and, in turn, may corroborate the conclusion which would be drawn from the other facts.'"

Other evidence included identification of defendant by the victim; possession by the defendant at the time of his arrest of a weapon similar to the one

used in the crime; and he was arrested about an hour after the robbery in a car similar to the one used in the holdup. Evidence of the $40.50 is not by itself sufficient, but with the rest of the evidence weighed by the jury it had probative value.

"* * * Evidence is relevant and admissible if it shows possibility, capacity, probability, or certainty * * *." *State v. Sack,* 210 Or 552, 581, 300 P2d 427 (1957).

Judgment is affirmed.